# United States District Court

__Middle__ DISTRICT OF __Alabama__

Sandriella Moore

V.

EFS, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv794.M

TO: (Name and address of defendant)

EFS, Inc.
2257 Taylor Rd
Ste 300
Montgomery, Al 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee D. Winston
Wiggins, Childs, Quinn + Pantazis LLC
301 19th St No
B'ham, Al 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_     8/19/05

CLERK     DATE

_William C R__

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 8-23-05 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process Server |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: EFS, Inc. 2257 Taylor Road Montgomery AL, 36117 Name of Person Shannon Elliott

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8-23-05
              Date

Signature of Server

3720 4th Av. South
B'ham, AL.
Address of Server

___

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.