RECEIVED

2005 AUG 19 P 1: 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 2:05CV794-M |
| EFS INC | ) |
| Defendant. | ) |

**COMPLAINT AND JURY DEMAND**

**I.  INTRODUCTION**

1. This is an action for legal and equitable relief to redress unlawful race discrimination. The suit is brought to secure the protection of and to redress the deprivation of rights secured by 42 U.S.C. 1981, and 42 U.S.C. 1981a. The plaintiff requests a trial by jury of all issues triable to a jury.

**II.  JURISDICTION**

2. Jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331, 1343(a)(3) and 1343(a)(4).

**III.  PARTIES**

4. The plaintiff, Sandrieka Moore [hereinafter "Moore"], is an African-American citizen of the United States over the age of nineteen (19) years and has been at all times pertinent to the matters alleged herein a resident citizen of the State of Alabama.

5. Defendant, EFS.Inc Corporation [hereinafter "EFS"] is located in Montgomery Alabama and operates pawn shops and a sub prime lending business.

**V.    STATEMENT OF FACTS**

6.    Moore re-alleges and incorporates by reference paragraphs 1-5 above with the same force and effect as if fully set out in specific detail herein below.

7.    In March 2004, Moore began her employment as a treasury analyst.

8.    Moore was the only African-American in the corporate office. Moore was well qualified for the job and previously performed similar functions for six years with the Civil Air Patrol.

9    During the course of her employment, Moore reported various issues with cash management to Roger Morrison, a former chief financial officer. Moore faced difficulties from fellow employees who would not cooperate in the flow of information necessary for Moore to do her job.

10.    On December 15, 2004, the EFS announced a restructuring. Moore was the only person who lost her job as a result of the restructuring

11.    Moore had no discipline problems during the course of her employment.

12.    Although Moore was informed that he position was being eliminated, Moore suspects that she saw her job advertised in the local paper. Upon information and belief, other African Americans once their race became known have had problems securing employment in the corporate office of EFS Inc.

**I.    CAUSES OF ACTION**

**COUNT I - RACE DISCRIMINATION**

13.    EFS discriminated against Moore in terminating her employment and failing to place her into another position as was done for white employees who jobs were restructured.

14.    EFS Inc. specializes in sub prime lending and has a large base of minority clients yet does not employ such persons in corporate jobs.

15. There was no basis for the reduction in force of one. Failing to consider and/or place Moore into another job reflects illegal discrimination in the making and enforcement of contracts.

16. Such conduct proximately caused the plaintiff to suffer great emotional distress and trauma for which she claims back pay, compensatory and punitive damages from defendant. Moore had to seek medical assistance due to stress from employment with EFS, Inc.

I. **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully prays that this Court assume jurisdiction of this action and after trial:

1. Grant the Plaintiff a declaratory judgment holding that the actions of EFS, Inc. herein above violated and continue to violate the rights of the Plaintiff as secured by 42 U.S.C. 1981.

2. Issue an injunction ordering EFS to restore Moore to her previous employment.

3. Grant Moore an order requiring that EFS, Inc. to make her whole by awarding Moore back pay (plus interest), front pay, and by awarding plaintiff compensatory damages, punitive damages, prejudgment interest, and/or nominal damages.

4. Moore further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorneys' fees and expenses.

**PLAINTIFF HEREBY DEMANDS A JURY FOR ALL ISSUES TRIABLE BY JURY**

Respectfully submitted,

_____
Lee Winston
Attorney for the Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN
& PANTAZIS, LLC.
301 19th Street North
Birmingham, Alabama 35203

PLAINTIFF'S ADDRESS

Sandrieka Moore
6000 Nobbie Brook CV
Montgomery, AL 36117

DEFENDANT'S ADDRESS

EFS Inc
2257 Taylor Rd
Ste 300
Montgomery, AL 36117