# United States District Court

__Middle__ DISTRICT OF __Alabama__

Sandriella Moore

V.

EFS, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:05cv794-M

TO: (Name and address of defendant)

EFS, Inc.
2257 Taylor Rd
Ste 300
Montgomery, Al 36117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee D. Winston
Wiggins, Childs, Quinn & Pantazis LLC
301 19th St No
B'ham, Al 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  8/19/05

CLERK                                               DATE

Will C. K.

(BY) DEPUTY CLERK