IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv794-M |
| | ) |
| EFS, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 7 September 2005, the defendant filed a Motion To Compel Arbitration and to Stay Court Proceedings (Doc. # 4-1). The plaintiff filed her complaint on 19 August 2005 (Doc. # 1). Without consent of the parties, the Magistrate Judge cannot take dispositive action in this case. *See* 28 U.S.C. § 636 (c). As explained in the attached Explanation of Assignment to United States Magistrate Judge, the parties have the right to consent to, or to decline consent to, a Magistrate Judge's jurisdiction without adverse consequences. Because the pending motion is dispositive, the Magistrate Judge cannot rule on the motion unless the parties consent. Accordingly, it is ORDERED as follows:

1. On or before 22 September 2005, the parties shall notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court. A copy of the form is enclosed for a party's use. The parties are ADVISED that they may freely decline to consent without adverse consequences.

2. The parties are REMINDED that, if they, or one of them, decline(s) to consent, this case will be re-assigned to a district judge for disposition.

DONE this 8th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRIEKA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv794-M |
| | ) | |
| EFS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
DATE                              SIGNATURE

                                  _____
                                  COUNSEL FOR (print name of all parties)

                                  _____
                                  ADDRESS, CITY, STATE, ZIP CODE

                                  _____
                                  TELEPHONE NUMBER

**\*\*\*  DO NOT FILE THIS DOCUMENT ELECTRONICALLY \*\*\***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

# EXPLANATION OF ASSIGNMENT TO
# UNITED STATES MAGISTRATE JUDGE

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.