**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                         TELEPHONE (334) 954-3600

September 28, 2005

## NOTICE OF REASSIGNMENT

Re:   Sandrieka Moore v. EFS, Inc.
      Civil Action No.2:05cv794-M

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv794-F. This new case number should be used on all future correspondence and pleadings in this action.

                          Sincerely,

                          Sheryl K. Lent
                          Deputy Clerk