IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-794-F |
| | ) |
| EFS, INC., *et al.*, | ) |
| | ) |
|    Defendants | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Compel Arbitration and to Stay Court Proceedings (Doc. #4) filed on September 7, 2005, it is hereby ORDERED that:

1. The plaintiff file her response which shall include a brief and any evidentiary materials on or before October 12, 2005.

2. The defendants may file a reply brief on or before October 19, 2005.

DONE this 29th day of September, 2005.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE