IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SANDRIEKA MOORE ,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **05-794-M** |
| **EFS INC** ) | |
| ) | |
| ) | |
| ) | |
|     **Defendant.** ) | |

## PLAINTIFF'S CONSENT TO STAY PROCEEDINGS
## FOR ARBITRATION

Comes now, Sandrieka Moore, by and through counsel and responds to the Defendant EFS, Inc.'s Motion to Compel Arbitration and Stay Proceedings.  After discussion with counsel for EFS, Inc., Moore consents to arbitration before Jack Clark, Esquire.

**Wherefore premises considered**, Moore does not oppose a stay in the proceedings for an opportunity to complete arbitration.

    Respectfully submitted,

    s/ Lee Winston

    _____

    Lee Winston
    Attorney for the Plaintiff


**OF COUNSEL:**
WIGGINS, CHILDS, QUINN
& PANTAZIS, LLC.
301 19th Street North
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record via the electronic case filing system.  Addressed as follows

Michael D. Giles
David T. Wiley
Constangy, Brooks, Smith LLC
1901 Sixth Avenue North
Birmingham, AL 35255-5727


mgiles@constangy.com
dwiley@constangy.com

  Done this ____ day of _____, 2005.


            s/ Lee Winston

            _____
            Of Counsel