**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 14, 2005

## NOTICE OF DEFICIENCY

**To:**  Lee David Winston

**From:**  Clerk's Office

**Case Style:**  Sandrieka Moore v. EFS, Inc.

**Case Number:**  2:05cv794-F

**Referenced Pleading(s):**  Plaintiff's Consent to Stay Proceedings for Arbitration Document #8 filed on 10/12/05

The above referenced pleading filed by electronic means on 10/12/05 does not contain a date on the Certificate of Service page.

Please file a dated Certificate of Service page BY CONVENTIONAL MEANS, or by e-mail to Sheryl_Lent@almd.uscourts.gov., for the referenced pleading within 10 days from the date of this notice.