**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 14, 2005

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Moore v. EFS, Inc.

Case No.:   2:05cv794-F

Document # 8 filed on 10/12/05

This Notice of Correction was filed in the referenced case this date to correct docket entry #8 which was not dated. The pdf has been corrected and is also attached to this notice for your review.