**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **SANDRIEKA MOORE ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **05-794-M** |
| **EFS  INC** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S CONSENT TO STAY PROCEEDINGS
FOR ARBITRATION**

Comes now, Sandrieka Moore, by and through counsel and responds to the Defendant

EFS, Inc.'s Motion to Compel Arbitration and Stay Proceedings.   After discussion with counsel

for EFS, Inc., Moore consents to arbitration before Jack Clark, Esquire.

**Wherefore premises considered**, Moore does not oppose a stay in the proceedings for an

opportunity to complete arbitration.

Respectfully submitted,

s/ Lee Winston

_____

Lee Winston
Attorney for the Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN
& PANTAZIS, LLC.
301 19th Street North
Birmingham, Alabama  35203

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that I a copy of the foregoing pleading upon all counsel of record via the electronic case filing system.  Addressed as follows

Michael D. Giles
David T. Wiley
Constangy, Brooks, Smith LLC
1901 Sixth Avenue North
Birmingham, AL 35255-5727


mgiles@constangy.com
dwiley@constangy.com

      Done this 14th     day of October , 2005.


                  s/ Lee Winston

                  _____

                  Of Counsel