IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRIEKA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 2:05-CV-794-M |
| | ) | |
| EFS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Michael D. Giles hereby enters appearance on behalf of Defendant EFS, Inc. All future correspondence, dockets, orders or any other documents pertaining to this action or said defendant should be sent to the undersigned at the address stated below.

Respectfully submitted,

**s/ Michael D. Giles**
Michael D. Giles
ASB-3608-L71M
Attorney for EFS, Inc.

CONSTANGY, BROOKS & SMITH, LLC
1819 Fifth Avenue North
Suite 900
Birmingham, Alabama  35203
Telephone: (205) 252-9321
FAX: (205) 323-7674
Attorney for EFS, Inc.
E-Mail: mgiles@constangy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, the foregoing has been served upon the following via electronic filing:

>Lee Winston, Esq.
>ASB-6407-072L
>Wiggins, Childs, Quinn & Pantazis, LLC
>301 19th Street North
>Birmingham, Alabama  35203
>Telephone: (205) 314-0515
>Fax: (205) 254-1500
>lwinston@wcqp.com

                                        **s/ Michael D. Giles**
                                        Attorney for EFS, Inc.