**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| SANDRIEKA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:05-CV-794-M |
| v. ) | |
| ) | |
| EFS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1. The Parties have agreed to a discovery plan that calls for all discovery to be completed by May 1, 2006.

2. The parties have agreed to use Jack Clark as the Arbitrator.

3. The Parties anticipate this case being ready for arbitration by June 2006.

4. The Parties will submit monthly Status Reports by the first Tuesday of each month beginning in January 2006, in compliance with the Court's Order.

5. The Parties certify that they have reviewed and agreed to this Joint Status Report.

                    Respectfully submitted,

| | |
|---|---|
| **s/Lee Winston** | **s/Michael D. Giles** |
| Lee Winston, Esq. | Michael D. Giles |
| ASB-6407-072L | ASB-3608-L71M |
| Attorney for Plaintiff | Attorney for EFS, Inc. |
| | |
| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC | CONSTANGY, BROOKS AND SMITH, LLC |
| 301 19th Street North | 1819 Fifth Avenue North, Suite 900 |
| Birmingham, Alabama  35203 | Birmingham, Alabama  35203 |
| Telephone: (205) 314-0515 | Telephone: (205) 252-9321 |
| Fax: (205) 254-1500 | Fax: (205) 323-7674 |
| E-mail Address: lwinston@wcqp.com | E-mail: mgiles@constangy.com |