**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| SANDRIEKA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:05-CV-794-M |
| v. ) | |
| ) | |
| EFS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1. The Parties have agreed to a discovery plan that calls for all discovery to be completed by May 1, 2006, and expect the case to be ready for arbitration by June 2006.

2. The following discovery has been scheduled since the parties' previous status report: Plaintiff issued interrogatories and a request for production on January 31, 2006. Plaintiff's deposition is scheduled for February 21, 2006.

3. The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4. The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 7th day of February 2006.

Respectfully submitted,

**s/Lee Winston**  
Lee Winston, Esq.  
ASB-6407-072L  
Attorney for Plaintiff

WIGGINS, CHILDS, QUINN &  
PANTAZIS, LLC  
301 19th Street North  
Birmingham, Alabama  35203  
Telephone: (205) 314-0515  
Fax: (205) 254-1500  
E-mail Address: lwinston@wcqp.com

**s/Michael D. Giles**  
Michael D. Giles  
ASB-3608-L71M  
Attorney for EFS, Inc.

CONSTANGY, BROOKS AND SMITH, LLC  
1819 Fifth Avenue North, Suite 900  
Birmingham, Alabama  35203  
Telephone: (205) 252-9321  
Fax: (205) 323-7674  
E-mail: mgiles@constangy.com

2