**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| SANDRIEKA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:05-CV-00794-WKW |
| v. | ) | |
| | ) | |
| EFS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1.     The Parties have agreed to a discovery plan that calls for all discovery to be completed by May 1, 2006, and expect the case to be ready for arbitration by June 2006.

2.     Since the last report, the Plaintiff's deposition has been taken and Plaintiff's interrogatories and request for production are due to be answered.  Plaintiff expects to begin depositions of Defendant's witnesses within the next month.

3.     The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4.     The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 7th day of March 2006.

Respectfully submitted,

**s/Lee Winston**

Lee Winston, Esq.
ASB-6407-072L
Attorney for Plaintiff


WIGGINS, CHILDS, QUINN &
PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama  35203
Telephone: (205) 314-0515
Fax: (205) 254-1500
E-mail Address: lwinston@wcqp.com

**s/Michael D. Giles**

Michael D. Giles
ASB-3608-L71M
Attorney for EFS, Inc.


CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North, Suite 900
Birmingham, Alabama  35203
Telephone: (205) 252-9321
Fax: (205) 323-7674
E-mail: mgiles@constangy.com

2