IN THE UNITED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER: |
| ) | 2:05-cv-794-M |
| ) | |
| EFS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the plaintiff and hereby gives notice of the appearance of Gregory O. Wiggins as additional counsel for the plaintiff.

Respectfully submitted,

<u>Gregory O. Wiggins</u>
Gregory O. Wiggins
Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

                    Lee D. Winston
                    WINSTON & COOKS, LLC
                    The Penick Building
                    319 17th Street North
                    Birmingham, Alabama 35203
                    205/251-0231

## **CERTIFICATE OF SERVICE**

I do hereby certify that today, March 30, 2006, I have filed the above and foregoing, by CM/ECF with the Court and copies being served on:

Michael D. Giles
David T. Wiley
CONSTANGY, BROOKS & SMITH, LLC
1901 Sixth Avenue North, Suite 1410
Birmingham, Alabama 35203

                    <u>Gregory O. Wiggins</u>