IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE,              )<br>                                               )<br>           Plaintiff,                    )<br>                                               )    CASE NO. 2:05-CV-00794-WKW<br>v.                                           )<br>                                               )<br>EFS, INC.,                                )<br>                                               )<br>           Defendant.                 ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1. The Parties have agreed to a discovery plan that calls for all discovery to be completed by May 1, 2006, and expect the case to be ready for arbitration by June 2006.

2. Since the last report, Defendant has responded to Plaintiff's interrogatories and request for production. Plaintiff has scheduled the first depositions of Defendant's witnesses for April 7, 2006.

3. The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4. The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 4th day of April 2006.

Respectfully submitted,

| | |
|---|---|
| **s/Lee Winston** | **s/Michael D. Giles** |
| Lee Winston, Esq. | Michael D. Giles |
| ASB-6407-072L | ASB-3608-L71M |
| Attorney for Plaintiff | Attorney for EFS, Inc. |// 

Winston Cooks, LLC
319 17th Street North
Birmingham, Alabama 35205
Telephone: (205) 533-7180
Fax: (205) 251-0231
E-mail Address:
lwinston@winstoncooks.com

CONSTANGY, BROOKS AND SMITH, LLC
1819 Fifth Avenue North, Suite 900
Birmingham, Alabama 35203
Telephone: (205) 252-9321
Fax: (205) 323-7674
E-mail: mgiles@constangy.com