IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:05-CV-00794-WKW |
| v. | ) |
| | ) |
| EFS, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1. The Parties have agreed to a discovery plan that calls for all discovery to be completed by May 1, 2006, and expect the case to be ready for arbitration by June 2006.

2. Since the last report, Plaintiff took the deposition of Defendant's corporate representative on April 7, 2006.

3. The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4. The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 2nd day of May 2006.

                                              Respectfully submitted,

| | |
|---|---|
| **s/Lee Winston** | **s/Michael D. Giles** |
| Lee Winston, Esq. | Michael D. Giles |
| ASB-6407-072L | ASB-3608-L71M |
| Attorney for Plaintiff | Attorney for EFS, Inc. |
| | |
| Winston Cooks, LLC | CONSTANGY, BROOKS AND SMITH, LLC |
| 319 17th Street North | 1819 Fifth Avenue North, Suite 900 |
| Birmingham, Alabama  35205 | Birmingham, Alabama  35203 |
| Telephone: (205) 533-7180 | Telephone: (205) 252-9321 |
| Fax: (205) 251-0231 | Fax: (205) 323-7674 |
| E-mail Address: lwinston@winstoncooks.com | E-mail: mgiles@constangy.com |