**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| SANDRIEKA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:05-CV-00794-WKW |
| v. | ) | |
| | ) | |
| EFS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1.      The Parties have completed discovery and expect to try the case before an arbitrator by August 2006.

2.      The Parties are in discussions with the arbitrator to set a date for arbitration.

3.      The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4.      The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 6th day of June 2006.

... 

2

Respectfully submitted,

**s/Lee Winston**                                      **s/Michael D. Giles**

Lee Winston, Esq.                                       Michael D. Giles
ASB-6407-072L                                          ASB-3608-L71M
Attorney for Plaintiff                                  Attorney for EFS, Inc.


Winston Cooks, LLC                                     CONSTANGY, BROOKS AND SMITH, LLC
319 17th Street North                                  1819 Fifth Avenue North, Suite 900
Birmingham, Alabama  35205                             Birmingham, Alabama  35203
Telephone: (205) 533-7180                              Telephone: (205) 252-9321
Fax: (205) 251-0231                                    Fax: (205) 323-7674
E-mail Address:                                        E-mail: mgiles@constangy.com
lwinston@winstoncooks.com


2