**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| SANDRIEKA MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:05-CV-00794-WKW |
| v. ) | |
| ) | |
| EFS, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order on October 13, 2005, the Parties jointly report the following with regard to the status of this case :

1. The Parties have completed discovery and expect to try the case before an arbitrator in August 2006.

2. The Parties are in discussions with the arbitrator to set a date for arbitration.

3. The Parties will continue to submit monthly Status Reports by the first Tuesday of each month in compliance with the Court's Order.

4. The Parties certify that they have reviewed and agreed to this Joint Status Report.

This 3rd day of July 2006.

                    Respectfully submitted,

| **s/Lee Winston** | **s/Michael D. Giles** |
|---|---|
| Lee Winston, Esq. | Michael D. Giles |
| ASB-6407-072L | ASB-3608-L71M |
| Attorney for Plaintiff | Attorney for EFS, Inc. |
| | |
| Winston Cooks, LLC | CONSTANGY, BROOKS AND SMITH, LLC |
| 319 17th Street North | 1819 Fifth Avenue North, Suite 900 |
| Birmingham, Alabama  35205 | Birmingham, Alabama  35203 |
| Telephone: (205) 533-7180 | Telephone: (205) 252-9321 |
| Fax: (205) 251-0231 | Fax: (205) 323-7674 |
| E-mail Address: lwinston@winstoncooks.com | E-mail: mgiles@constangy.com |