IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDRIEKA MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 05-794-WKW |
| EFS INC | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

    Come now, Sandreika Moore and EFS, Inc, and EFS, pursuant to Federal Rule of Civil Procedure 41(a)(1) and dismiss this action with prejudice, each party to bear their own costs.

Respectfully submitted,

s/ Lee Winston
Attorney for the Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, QUINN
& PANTAZIS, LLC.
301 19th Street North
Birmingham, Alabama  35203

s/ Michael D. Giles
Attorney for the Defendant

**OF COUNSEL:**
CONSTANGY, BROOKS, & SMITH LLC
1901 Sixth Avenue North
Birmingham, AL 35255-5727