IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANDRIEKA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-00794-WKW |
| | ) (WO) |
| | ) |
| EFS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

By Order dated October 13, 2005 (Doc. # 9), this case has been stayed pending the completion of arbitration or the resolution of this dispute through negotiated settlement. On December 1, 2006, the parties filed a Joint Stipulation of Dismissal (Doc. # 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 5th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE